# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BONNIE SMITH

    Plaintiffs,

v.                                                                    CASE NO.: 8:21-cv-2281-KKM-AEP

SEDGWICK CLAIMS MANAGEMENT     **HYBRID RULE 23 CLASS and**
SERVICES INC., a Foreign for Profit         **FLSA COLLECTIVE ACTION**
Corporation,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff, BONNIE SMITH, and Defendant, SEDGWICK CLAIMS MANAGEMENT SERVICES INC., by and through the undersigned counsel, hereby dismiss this matter without prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii). Accordingly, the parties jointly ask that this matter be dismissed without prejudice.

Respectfully submitted this 17th day of February, 2022.

| | |
|---|---|
| */s/ Mary E. Lytle, Esq.* | */s/ Chad K. Lang, Esq.* |
| Lytle & Barszcz, P.A. | Chad K. Lang, ESQ. |
| 533 Versailles Drive | Florida Bar No. 156922 |
| 2nd Floor | Sanchez-Medina, Gonzalez, |
| Maitland, FL 32751 | Quesada, Lage, Gomez & |
| Telephone: (407) 622-6544 | Machado LLP |
| Facsimile: (407) 622-6545 | 201 Alhambra Circle, Ste. 1205 |
| E-mail:mlytle@lblaw.attorney | Coral Gables, FL 33134 |
| | Tel: (305) 377-1000 |
| | E-mail: clang@smgqlaw.com |

1